1  FRANK N. DARRAS #128904, Frank@DarrasLaw.com
   SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
2  PHILLIP S. BATHER #273236, PBather@DarrasLaw.com

3  **DarrasLaw**

4  3257 East Guasti Road, Suite 300
   Ontario, California 91761-1227
5  Telephone:   (909) 390-3770
   Facsimile:    (909) 974-2121
6

7  Attorneys for Plaintiff
   ARTHUR KETTELHUT
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  ARTHUR KETTELHUT,                    Case No: 2:21-cv-08468-SB(SPx)

13           Plaintiff,                  PLAINTIFF'S NOTICE OF
                                         SETTLEMENT
14      vs.

15  LIFE INSURANCE COMPANY OF
16  NORTH AMERICA,

17           Defendant.

18

19

20  TO THE COURT AND ALL INTERESTED PARTIES:

21       PLEASE TAKE NOTICE that the parties hereto have reached an agreement to

22  resolve this action in its entirety.

23       Documents are currently being prepared to finalize the resolution of this matter

24  and the parties anticipate filing a stipulation to dismiss the entire action, each side to

25  bear their own attorney fees and costs within 60 days.

26   Dated: December 9, 2021              **DarrasLaw**

27

28                                        /s/ Phillip S. Bather
                                          PHILLIP S. BATHER
                                          Attorneys for Plaintiff

- 1 -
PLAINTIFF'S NOTICE OF SETTLEMENT